UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IQ MANAGEMENT, LLC,<br>    Plaintiff,<br><br>v.<br><br>ROSS ANAPOLLE, in his capacity as<br>Manager of Bomber, LLC; and BOMBER, LLC,<br>a Delaware Limited Liability Company,<br>    Defendants. | CIVIL ACTION<br>CASE NUMBER 1:13-cv-10539<br><br>**Notice of Manual Filing** |

## NOTICE OF MANUAL FILING

This afternoon, I manually filed, all of the Exhibits for the Defendant's Motion to Dismiss and Memorandum of Law in Support with the U.S. District Court of Massachusetts Clerk's Office.

                                                   ALEX R. HESS
                                                   BBO # 679957
                                                   DANIELLE M. CALLAHAN
                                                   BBO# 684908
                                                   *Counsel for the Defendants*
                                                   The Law Offices of Richard N. Gottlieb
                                                   Eleven Beacon Street, Suite 325
                                                   Boston, Massachusetts 02108
                                                   Telephone: (617) 742-4491
                                                   Facsimile:  (617) 742-5188
                                                   Email:  Arh.gottlieblaw@verizon.net
                                                                  Dc.gottlieblaw@verizon.net